

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2017

No. 04-16-00701-CR

Matthew **JOINER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10594
Honorable Jefferson Moore, Judge Presiding

## O R D E R

    Appellant has filed a motion to amend two volumes of the reporter's record asserting they contain errors. The motion is GRANTED. It is ORDERED that no later than ten days from the date of this order the court reporter responsible for preparing the volumes in question, Ms. Debra Doolittle, either file amended volumes correcting the errors or a written response explaining any discrepancies asserted in the motion. Appellant's motion also refers to a motion filed on July 7, 2017; however, this court ruled on that motion by order dated July 14, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk